IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-155-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY YOUNGBEAR, JR., | |
| Defendant. | |

For the reasons stated on the record, ANTHONY YOUNGBEAR, JR. is hereby released from the custody of the U.S. Marshals Service.

DATED this 13th day of December, 2018.

SUSAN P. WATTERS
United States District Judge

1